

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 27, 2022

MEMO ENDORSED 4/27/22

Case Adj to July 6, 2022 At 3:45 p.m. — time excluded through July 6, in the interest of justice, to facilitate the review of discovery and plea negotiations.

**By ECF and Email**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Quincy Hilliard, et al.,
     22 Cr. 82 (CM)

Dear Judge McMahon:

A status conference in the above-captioned matter is presently scheduled for May 3, 2022 at 4:00 p.m. As the parties do not have a substantive update for the Court at this time, the Government requests, with the consent of defense counsel, an adjournment of approximately 60 days of the May 3 status conference to allow the defendants to continue to review discovery and for the parties to continue to discuss potential pretrial dispositions.

Should the Court grant the requested adjournment, the Government moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between May 3, 2022 and the date of the rescheduled conference. The Government submits that the exclusion of time would be in the interests of justice as it would allow the defendants to review discovery, and it would also enable the parties to discuss potential pretrial dispositions. In addition, defense counsel consent to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/_____
    Ashley C. Nicolas
    Alexander Li
    Andrew Rohrbach
    Assistant United States Attorneys
    (212) 637-2467/2265/2345

cc: Counsel of Record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/22