**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 6, 2022

**By ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Quincy Hilliard, et al., 22 Cr. 82 (CM)

Dear Judge McMahon:

We understand that the pretrial conference scheduled for today will be adjourned to September 8, 2022 at 2:00 p.m., on consent of the parties. The Government respectfully moves to exclude time under the Speedy Trial Act between today's date and September 8, 2022, so that the parties may continue to review the discovery and to discuss potential pretrial dispositions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/
Ashley C. Nicolas
Alexander Li
Andrew Rohrbach
Assistant United States Attorneys
(212) 637-2467/2265/2345

cc: All counsel of record (via *ECF*)

---

**MEMO ENDORSED** 7/6/22

Matter Adjourned as to All defendants to September 8, 2022 at 2PM — time Excluded through Sept. 8, in the Interest of Justice.

/s/ Colleen McMahon

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 6
DATE FILED: 7/6/22