UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

Quincy Hilliard, et. al.,

            Defendants.

------------------------------------------------------------x

22 CR 82 (CM)

### DEADLINE FOR THE GOVERNMENT TO PROVIDE 404(b) NOTICE AND SCHEDULE FOR THE FILING OF *IN LIMINE* MOTIONS

McMahon, J.:

    The trial of this matter will commence on Monday, July 10, 2023.

    The Government must provide 404(b) disclosure and file any *in limine* motions by May 19, 2023;

    Defense *in limine* motions and defense responses to the Government *in limine* motions are due June 3, 2023; and

    Government's response to defense *in limine* motions is due June 10, 2023.

    (NO REPLY PAPERS ON *IN LIMINE* MOTIONS).

    The Court will hold a Final Pre-Trial Conference and render its decision on *in limine* motions, Tuesday, June 20, 2023 at 10 a.m.

    This is the ONLY schedule I can abide. I will be gone from May 31until June 12, and I leave again June 20 and am not back until either July 5 (if we have a trial) or July 10 (if we don't). So – this must be the schedule.

April 25, 2023

*/s/ Colleen McMahon*
United States District Court Judge

1