UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

──────────────────────────────── x

UNITED STATES OF AMERICA,

    -against-                                                                22 CR 82 (CM)

Quincy Hilliard, et. al.,

    Defendants.

──────────────────────────────── x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2023

## AMENDED DEADLINE FOR THE GOVERNMENT TO PROVIDE 404(b) NOTICE AND SCHEDULE FOR THE FILING OF *IN LIMINE* MOTIONS

McMahon, J.:

    The trial of this matter will commence on Monday, July 10, 2023.

    The Government must provide 404(b) disclosure and file any *in limine* motions by May 19, 2023;

    Defense *in limine* motions and defense responses to the Government *in limine* motions are due June 3, 2023; and

    Government's response to defense *in limine* motions is due June 10, 2023.

    (NO REPLY PAPERS ON *IN LIMINE* MOTIONS).

    The Court will hold a Final Pre-Trial Conference and render its decision on *in limine* motions, Thursday, June 15, 2023 at 12:00 p.m.

    This is the ONLY schedule I can abide. I will be gone from May 31 until June 12, and I leave again June 20 and am not back until either July 5 (if we have a trial) or July 10 (if we don't). So – this must be the schedule.

April 26, 2023

                                                                                            */s/ Colleen McMahon*
                                                                            United States District Court Judge