U.S. Department...

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSED 6/6/23

June 6, 2023

**By ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Quincy Hilliard, et al.,**
22 Cr. 82 (CM)

Dear Judge McMahon:

So Ordered. Clerk is directed to terminate AUSA Rohrbach's appearance.

/s/ Colleen McMahon

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/_____
Andrew Rohrbach
Assistant United States Attorney
(212) 637-2345

cc: All counsel of record (via *ECF*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/23